IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION
CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
AUG 03 2017
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
    DEPUTY CLERK

| | |
|---|---|
| DUKE ENERGY PROGRESS, LLC, *Plaintiff,* | CASE NO. 4:17-CV-00032 |
| v. | |
| ROANOKE RIVER BASIS ASSOCIATION, *Defendant.* | ORDER |
| | JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendant's motion to dismiss. (Dkt. 14). For the reasons articulated in the accompanying Memorandum Opinion, the motion is hereby **GRANTED**. Accordingly, Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record and to remove this case from the Court's active docket.

Entered this  3rd  day of August, 2017.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE